UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2025 DEC 16 P 3: 46
CLERK OF COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 25-CR-

[18 U.S.C. §§ 2261A(2), 2261, & 875(c)]

**25-CR-250**

BRADLEY SCOTT ROSE,

    Defendant.

# INDICTMENT

## COUNT ONE
(Cyberstalking)

**THE GRAND JURY CHARGES THAT:**

From in or about May 2022, through on or about July 16, 2025, in the State and Eastern District of Wisconsin,

**BRADLEY SCOTT ROSE**

knowingly and with the intent to injure, harass, and intimidate another person, namely, Individual #1, used an electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that placed Individual #1 in reasonable fear of the death of or serious bodily injury, and caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to Individual #1.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261.

## COUNT TWO
(Cyberstalking)

**THE GRAND JURY FURTHER CHARGES THAT:**

From in or about December 2024, through on or about January 18, 2025, in the State and Eastern District of Wisconsin,

**BRADLEY SCOTT ROSE**

knowingly and with the intent to injure, harass, and intimidate another person, namely, Individual #2, used an electronic communication service, electronic communication system of interstate commerce, and a facility of interstate commerce, to engage in a course of conduct that placed Individual #2 in reasonable fear of the death of or serious bodily injury to Individual #2, and caused, attempted to cause, and was reasonably expected to cause substantial emotional distress to Individual #2.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261.

## COUNT THREE
(Interstate Communication of a Threat to Injure)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 18, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**BRADLEY SCOTT ROSE**

knowingly and willfully transmitted in interstate and foreign commerce, communications containing a threat to injure Individual #2, namely, transmitted a series of Apple iMessages to Individual #2, telling Individual #2, "Good morning fuckboy" "See you soon" accompanied by two pictures of a hand holding a pistol.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON

Dated: 12/14/25

BRAD D. SCHIMEL
United States Attorney