Hon. J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: Case # 25CR250

Dear Honorable Judge Stadtmueller,

I wish to express my sincere remorse for my actions which have led me here: and my deepest apologies to the victims - and their families - for the fear my threats against them have instilled. I'll make no excuses for my behavior. I stand before you an honest man, humbled and accountable to the harm I've caused. I'm terrified that the consequences of my actions may haunt the futures of my family, specifically my beloved wife and darling children. I'll live with this regret for the rest of my days.

I'm ashamed and embarrassed of the dishonor my actions have brought to my family's name and reputation. I had worked so hard to make my late mother proud and it pains me to think of how disappointed she would be to see me here. I can only ask forgiveness from the Lord, my loved ones, and the opportunity to rebuild the trust I've betrayed.

I'm very grateful for your time and consideration as I look to the future; with a heart buoyed by Faith, love, and gratitude for the gracious support I've received from counsel, friends, co-workers, and family.

Humbly Yours,

Brad Rose

Bradley Scott Rose
740 E. Bay Point Road
Bayside, WI 53217